Sheehan & Associates, P.C. 60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com tel. (516) 268-7080 fax (516) 234-7800

MEMO ENDORSED

April 1, 2021

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: 7:20-cv-09591-KMK
Palmieri v. Mead Johnson & Company, LLC

Dear District Judge Karas:

This office represents the plaintiff. This letter is submitted jointly by the parties. Defendant's answer or responsive pleading is due Friday, April 9, 2021. ECF No. 5. In accordance with your Honor's Individual Rules of Practice ("Individual Rules"), Rule I(C), the parties request an extension of thirty (30) days for defendant to respond or answer the complaint, until May 10, 2021.

There has been no previous request for an extension to respond or answer the complaint. No previous request was granted or denied. This request is submitted at least 5 business days prior to the date sought to be extended. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

Granted.

So Ordered.

4/1/21

Certificate of Service

I certify that on April 1, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

| | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan